**FILED**
March 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14CR00210-JAM-2 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LEONARD WALTER, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   LEONARD WALTER  , Case No. 2:14CR00210-JAM-2  , Charge  21USC § 841(a)(1), 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

    ✔   Unsecured Appearance Bond $150,000.00

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)    Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  March 3, 2015  at  9:00 am .
The defendant shall be released to the pretrial services officer at 9:00 a.m. on 3/3/2015

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court