**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**LEONARD WALTER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>LEONARD WALTER,<br><br>                Defendant. | Case No. 2:14-CR-0210 JAM<br><br>**DEFENDANT'S REQUEST FOR WAIVER OF PRESENCE** |

       Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

       Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times

and delays under the Act without defendant being present.

Dated:  March 2, 2015                    By:   /s/   Leonard Walter
                                                     LEONARD WALTER
                                                     Original Signature on File


Dated: March 2, 2015                     By: /s/ Jennifer C. Noble
                                                   JENNIFER C. NOBLE
                                                 WISEMAN LAW GROUP
                                                 Attorney for Defendant
                                                 LEONARD WALTER


Dated: 3/3/2015

                    I approve the above waiver of presence.


                                              /s/ John A. Mendez
                                              United States District Court Judge