**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:   530.759.0700**
    **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LEONARD WALTER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0210 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DEFENDANT'S PRE-TRIAL RELEASE** |
| LEONARD WALTER, | |
| Defendant. | |

## INTRODUCTION

IT IS HEREBY STIPULATED by the parties, Jason Hitt, Assistant U.S. Attorney, and Defendant LEONARD WALTER ("Mr. Walter"), through undersigned counsel, Jennifer C. Noble, that Mr. Walter be authorized to reside in the apartment approved by Pre-Trial Services.

The parties are entering this stipulation because Mr. Walter will have completed the 90-day live-in rehabilitation program on June 1, 2015, and has a residence plan that has been approved by Pre-Trial Services Officer Steve Sheehan. According to the Court's order, Mr. Walter will also be participating in the Better Choices court program, and will participate in a cognitive behavior treatment program.

The Government maintains its opposition to Mr. Walter's pre-trial release, but respects this Court's order for Mr. Walter's release, conditioned upon successful completion of The Effort's 90-day program and other restrictions and obligations.

Case 2:14-cr-00210-JAM   Document 48   Filed 05/26/15   Page 2 of 2

## STIPULATION

In light of the above-stated facts, the defendant LEONARD WALTER, through his counsel, Jennifer C. Noble, and plaintiff United States of America, through its counsel, Jason Hitt, agree and stipulate that Mr. Walter should be allowed continued release according to the Court's March 2, 2015 order. All other conditions of pre-trial release will remain in effect.

Dated: May 21, 2015                    Respectfully submitted,

                                       WISEMAN LAW GROUP, P.C.

                                       By: /s/ Jennifer C. Noble
                                       JENNIFER C. NOBLE

                                       Attorney for Defendant
                                       LEONARD WALTER

Dated:  May 21, 2015                   Benjamin B. Wagner
                                       United States Attorney

                                       By: /s/ Jason Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney


## PROPOSED ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that Mr. Walter be authorized to reside in the apartment approved by Pre-Trial Services. IT IS SO ORDERED.

Dated: May 26, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Stipulation Regarding Defendant's Pre-Trial Release                    Case No. 2:14-CR-0210 JAM