John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
LEONARD WALTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD WALTER,<br><br>Defendant. | No. 2:14-CR-00210-JAM<br><br>**ORDER RE APPOINTMENT FOR MOTION TO VACATE UNDER 28 U.S.C. § 2255 AND SECTION 402 OF THE FIRST STEP ACT**<br><br>Hon. John A. Mendez |

Defendant Leonard Walter, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to vacate under 28 U.S.C. § 2255 and Section 402 of the First Step Act for the following reasons.

1. On February 5, 2019, the district court sentenced Mr. Walter to 120 months imprisonment after his guilty plea to conspiracy to distribute and possess with intent to distribute methamphetamine. Docket 158. Mr. Walter filed a notice of appeal that same day. Docket 157. The Ninth Circuit later granted Mr. Walter's appointed counsel's request to be relieved as counsel of record and substituted attorney John Balazs to represent Mr. Walter for purposes of appeal. Ninth Circuit No. 19-10048, docket 3.

2. At the time of his sentencing, it appears that neither defense counsel, the prosecutor, nor the district court recognized that Mr. Walter qualified for the expanded safety valve provision for a sentence below the mandatory minimum that was recently enacted as part of the First Step Act. Although Mr. Walter has eight criminal history points under the sentencing

guidelines, his criminal history does not disqualify him for the safety valve because he does not have (1) more than four criminal history points excluding 1-point offenses; (2) a 3-point offense; or (3) a 2-point violent offense.  First Step Act, Section 402.

4. After consultation with Mr. Walter, counsel believes the best approach is to seek relief through a motion to vacate under 28 U.S.C. § 2255 based on Section 402 of the First Step Act rather than on direct appeal.  As a result, Mr. Walter intends to move the Ninth Circuit for voluntary dismissal of his appeal and to seek relief in the district court through a § 2255 motion and related proceedings.

4. Mr. Walter is not in custody and has been ordered to surrender for service of sentence on April 15, 2019, before 2 p.m.  He has requested that his appellate counsel, John Balazs, represent him on this matter.  The Office of the Federal Defender supports this appointment.  For these reasons, Mr. Walter requests appointment of Mr. Balazs as counsel of record to file and litigate a motion to vacate under 28 U.S.C. § 2255 and Section 402 of the First Step Act.

Respectfully submitted,

March 11, 2019

/s/ John Balazs
John Balazs

Attorney for Defendant
Leonard Walter

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 11, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge