UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>LEONARD WALTER,<br><br>Movant. | No. 2:14-cr-0210 JAM CKD<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

Respondent has filed an opposition to the motion in which it asserts that the court lacks jurisdiction to hear the matter because movant is not in custody for purposes of § 2255. (ECF No. 172 at 4-5.) Although the opposition also argues the merits of the motion, respondent has requested that if the motion to vacate is not dismissed for lack of jurisdiction, that the parties be permitted to "conduct proper briefing." (Id. at 1.) In light of the fact that movant remains subject to all of the conditions of pretrial release until his self-surrender to the Bureau of Prisons (ECF No. 175), it appears that he is in custody and the parties will therefore be directed to submit additional briefing on the motion. Hensley v. Mun. Court, 411 U.S. 345, 351-52 (1973) (defendant released on own recognizance while execution of sentence was stayed was "in custody" for purposes of § 2255). Respondent is free to further brief the issue of jurisdiction if it

1

so desires.

Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer to the motion. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings. In light of the continuance of movant's self-surrender date to resolve the motion (ECF No. 175), briefing on the matter will be expedited.

Within fourteen days of the filing of this order, respondent shall answer the motion to vacate. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due seven days from the date respondent's answer is filed.

IT IS SO ORDERED.

Dated: April 3, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:walt0210.206

2