JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
john@balazslaw.com

Attorney for Defendant
LEONARD WALTER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-0210-JAM |
|---|---|
| Plaintiff, | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| LEONARD WALTER, | |
| Defendant. | |

Upon application of the defendant Leonard Walter, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibit B to defendant's January 10, 2022 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

DATED: January 10, 2022    /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE